

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | | |
|---|---|---|---|
| CITY OF CIBOLO, | § | | No. 08-23-00291-CV |
| | Appellant, | § | Appeal from the |
| v. | | § | 456th Judicial District Court |
| DEBORAH LEGROS, | | § | of Guadalupe County, Texas |
| | Appellee. | § | (TC# 23-0697-CV-E) |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the order of the trial court and render judgment dismissing Appellee's claims against the Appellant for lack of jurisdiction.

We further order that Appellant recover from Appellee all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF JUNE 2024.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.